# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN M. LAVICTOR | : | Civil No. 1:20-cv-0479 |
| Petitioner, | : | |
| v. | : | |
| Warden P. BARR, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania

Dated: May 22, 2020